**UNITED STATES of America,**
**Appellee,**

**v.**

**Tommy C. CONSTANTINE, aka**
**Tommy C. Hormovitis.,**
**Defendant,**

**Phillip A. Kenner, Defendant–Appellant.**

No. 14–4354.

United States Court of Appeals,
Second Circuit.

Jan. 7, 2015.

Saritha Komatireddy, Assistant United States Attorney (Susan Corkery, Assistant United States Attorney, on the brief) for Loretta E. Lynch, United States Attorney, Eastern District of New York, Brooklyn, NY, for Appellee.

Richard Haley, Haley Weinblatt & Calcagni, LLLP, Islandia, NY, for Defendant–Appellant.

Present: GERARD E. LYNCH, DENNY CHIN, Circuit Judges, JOHN G. KOELTL, District Judge.*

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the order of the district court is **AFFIRMED.**

Phillip A. Kenner appeals from an order of the district court denying his motion to be released on bond pending trial on an indictment for mail fraud, wire fraud, and money laundering. 18 U.S.C. §§ 1343, 1349, 1956. We have considered Kenner's arguments and affirm the denial of his motion substantially for the reasons stated by the district court.

* The Honorable John G. Koeltl, United States District Judge for the Southern District of

Accordingly, we **AFFIRM** the order of the district court.